UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott Dalecke,

       Plaintiff,

Civil Case No. 18-11970

v.

Commissioner of Social Security,      Sean F. Cox
                                    United States District Court Judge

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 27, 2019, Magistrate Judge David Grand issued a Report and

Recommendation wherein he recommends "that the Commissioner's motion to dismiss **(Doc.**

**#11)** be **DENIED AS MOOT**.  The Commissioner shall have until <u>**March 28, 2019**</u> to file a

summary judgment motion and respond to Dalecke's summary judgment motion." (ECF No 14

at 2) (bolding and underlining in original).

The time permitted for the parties to file objections to that Report and Recommendation

has passed and no objections were filed.

Accordingly, the Court hereby ADOPTS the February 27, 2019 Report and

Recommendation and ORDERS that the Commissioner's motion to dismiss (ECF No. 11) is

DENIED AS MOOT and the Commissioner shall have until <u>**March 28, 2019**</u> to file a summary

judgment motion and respond to Plaintiff's's summary judgment motion.

IT IS SO ORDERED.

                                  s/Sean F. Cox_____
                                  Sean F. Cox
                                  United States District Judge

Dated:  March 15, 2019