UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Scott Dalecke,

    Plaintiff,

Civil Case No. 18-11970

v.

Commissioner of Social Security,    Sean F. Cox
United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING
## JUNE 24, 2019 REPORT AND RECOMMENDATION

Plaintiff Scott Dalecke brought this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of Defendant Commissioner of Social Security denying his application for Disability Insurance Benefits under the Social Security Act. The matter was referred to Magistrate Judge David R. Grand for all pretrial proceedings.

On June 24, 2019, the magistrate judge issued a Report and Recommendation ("R&R") wherein he recommends that "the Commissioner's Motion for Summary Judgment (Doc. #16) be DENIED, that Dalecke's Motion for Summary Judgment (Doc. #12) be GRANTED IN PART to the extent it seeks remand, and DENIED IN PART to the extent it seeks an award of benefits and that, pursuant to 42 U.S.C. § 405(g), this case be REMANDED to the ALJ for further proceedings consistent with this Recommendation." (ECF No. 17 at PageID.1149-50).

The time permitted for filing objections to the R&R has passed and neither party has filed any objections. Accordingly, the Court hereby ADOPTS the R&R and ORDERS that: 1) Defendant's Motion for Summary Judgment is DENIED; 2) Plaintiff's Motion for Summary

1

Judgment is GRANTED IN PART, to the extent that it seeks remand, and DENIED IN PART, to the extent that it seeks an award of benefits. IT IS FURTHER ORDERED that, pursuant to 42 U.S.C. § 405(g), this action is REMANDED to the ALJ for further proceedings consistent with the R&R.

    IT IS SO ORDERED.

s/Sean F. Cox<br>
Sean F. Cox<br>
United States District Judge

Dated: July 10, 2019